```
JOHN WALSHE MURRAY (074823)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: jlfountain@murraylaw.com
```

IT IS SO ORDERED.
Signed February 11, 2011

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**ZF MICRO SOLUTIONS, INC.,**<br>A Delaware corporation<br><br>Debtor.<br><br>926 Industrial Avenue<br>Palo Alto, CA 94303<br><br>Employer Tax I.D. No.: 30-0035122 | Case No. 10-60334-ASW-11<br><br>Chapter 11<br><br>Date: January 28, 2011<br>Time: 2:00 p.m.<br>Place: United States Bankruptcy Court<br>280 S. First St., Room 3020<br>San Jose, CA 95113<br>Judge: Honorable Arthur S. Weissbrodt |

**ORDER AFTER HEARING ON DEBTOR'S MOTION FOR ORDER EXTENDING
THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTOR MAY FILE
A PLAN AND SOLICIT ACCEPTANCES THEREOF**

ZF Micro Solutions, Inc's, the debtor and debtor in possession herein (the "Debtor"), MOTION FOR ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTOR MAY FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF (the "Motion") having come on regularly for hearing on January 28, 2011; the Debtor having appeared by and through its counsel Murray & Murray, A Professional Corporation and Jenny Lynn Fountain; TAT having appeared by and through its counsel Jeffer Mangels Butler & Mitchell, LLP, Richard A. Rogan and Matthew S. Kenefick; the Court being full advised in the premises and having reviewed all pleadings filed in support and in opposition to the Motion, and good cause appearing therefor;

///

**IT IS HEREBY ORDERED** as follows:

1. The exclusive period during which only the Debtor may file a plan shall be, and is hereby, extended through and including August 1, 2011;

2. The exclusive period during which only the Debtor may solicit acceptances of the plan shall be, and is hereby, extended through and including October 1, 2011; and

3. The foregoing extensions shall be without prejudice to the rights of any party to seek to further shorten or lengthen such periods for cause.

APPROVED AS TO FORM AND CONTENT:

**Jeffer Mangels Butler & Mitchell, LLP**

By: _/s/ Richard A. Rogan_    Dated: February 10, 2011
    Richard A. Rogan
    Attorneys for the TAT Capital Partners, Ltd.

**\*\*END OF ORDER\*\***

Court's Service List

**Debtor**
ZF Micro Solutions, Inc.
Attn.: David L. Feldman
926 Industrial Avenue
Palo Alto, CA  94303