JOHN WALSHE MURRAY (074823)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: jlfountain@murraylaw.com

IT IS SO ORDERED.
Signed February 23, 2011

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**ZF MICRO SOLUTIONS, INC.**,<br>A Delaware corporation,<br><br>Debtor.<br><br>926 Industrial Avenue<br>Palo Alto, CA 94303<br><br>Employer Tax I.D. No.: 30-0035122 | Case No. 10-60334-ASW-11<br><br>Chapter 11<br><br>*[no hearing requested]* |

**ORDER REGARDING STIPULATION RE LIMITED RELIEF FROM AUTOMATIC STAY
RE APPEAL FROM STATE COURT JUDGMENT**

THE STIPULATION RE LIMITED RELIEF FROM AUTOMATIC STAY RE APPEAL FROM STATE COURT JUDGMENT having been executed and agreed upon by and between ZF Micro Solutions, Inc., (the "Debtor"), David L. Feldman ("Feldman"), Marsha F. Armstrong ("Armstrong"), Sands Brothers Venture Capital LLC ("Sands"), SB New Paradigm Associates LLC ("SB") and TAT Capital Partners LTD., f/k/a TAT Investment Advisory LTD ("TAT"), by and through their respective counsels, as follows:

1. On June 10, 2010, in action No. 105cv035531 (the "State Court Action"), the Superior Court of California for the County of Santa Clara (the "State Court") entered that certain

Judgment (the "June 10 Judgment") in favor of Sands, SB and TAT, and against Debtor, Feldman, Armstrong, David J. Arthur, Kenneth Baker, Arthur Burton, Philip Cohen, Jean K. Daiker, individually and as Trustee of the DOE 3 Trust, T.W. Ireland, Howard F. Kale, John R. Lio, Gerald E. Masterson, individually and as trustee of the DOE 2 Trust, Lewis V. Milligan, Frederic G. Rector, Jay Shotwell, Doug Stead, Hal Snyder, Alfred J. Stein, Brian Stein, Salvatore V. Valente, individually as Trustee of the DOE 5 Trust and Bert Wall (collectively, "Appellants").

2. On August 23, 2010, the State Court entered a First Amended Judgment in favor of Sands, SB and TAT and against the Debtor, Feldman, Armstrong and the other Appellants (the "Judgment").

3. On August 25, 2010, the Debtor and the Appellants filed their Notice of Appeal from the Judgment in the State Court Action. (the "Appeal"). The Appeal is pending before the Sixth District Court of Appeal as action no. H035968.

4. On October 1, 2010, the Debtor filed for relief under Chapter 11 of the United States Bankruptcy Code (the "Code"). On October 4, 2010, the Debtor filed its Voluntary Petition. The Debtor is presently operating its business as a debtor in possession pursuant to the provisions of 11 U.S.C. §§ 1107 and 1108.

5. Both Feldman and Armstrong have also filed for relief under Chapter 11 of the Code and their individual chapter 11 cases are pending before this Court (case numbers 10-60396 (the "Feldman Case") and 10-60607 ASW (the "Armstrong Case"), respectively).

**WHEREFORE, IT IS HEREBY ORDERED THAT:**

a. The automatic stay is hereby modified in: (1) this chapter 11 case; (2) the Feldman Case; and (3) the Armstrong Case, to allow the Debtor, Feldman, Armstrong, Sands, SB TAT and the other Appellants to brief and argue the Appeal and to otherwise proceed with the Appeal; and

b. This Order shall be docketed in: (1) this chapter 11 case; (2) the Feldman Case; and (3) the Armstrong Case.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

**Debtor**
ZF Micro Solutions, Inc.
Attn.: David L. Feldman
926 Industrial Avenue
Palo Alto, CA 94303

K:\ZF Mirco Solutions\Pld\RFS\Order re Stipulation v1.doc

3 - ORDER RE STIPULATION RE LIMITED RELIEF FROM AUTOMATIC STAY RE APPEAL FROM STATE COURT JUDGMENT